**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TRACEY ALLEN REILLY,**<br><br>**Defendant.** | **CR 26-7-H-BMM**<br><br>**ORDER** |

The Court held a telephonic status call on October 27, 2026, for Defendant, Tracey Allen Reilly (Reilly). (Doc. 18).

Dr. Courtney Mills, a Licensed Clinical Psychologist, reported that Reilley likely suffers from a mental disease that impairs his present ability to understand the nature and consequences of the court proceedings against him, and his ability to properly assist counsel in his defense. (Doc. 16.)

The Court finds Reilly's mental disease substantially impairs Reilly's present ability to understand the nature and consequences of the court proceedings brought against him and substantially impairs Reilly's ability to assist counsel in his defense. The Court finds by a preponderance of the evidence, absent further psychological evaluation, that Reilly presently suffers from a mental defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, **IT IS HEREBY ORDERED** that:

1. The Defendant, Tracey Allen Reilly, is committed to the custody of the Attorney General for a period of time not to exceed four months, consistent with the provisions of 18 U.S.C. § 4241(d), to determine whether there exists a substantial probability that in the foreseeable future that Reilly will attain the capacity to permit the proceedings to go forward.

2. The Attorney General will submit a status report as to Reilly's mental condition to the Court, on or before February 28, 2027, which will be disbursed to counsel of record. The report should be emailed to the Court at sara_luoma@mtd.uscourts.gov.

3. The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

Dated this 27th day of October 2026.

Brian Morris, Chief District Judge
United States District Court